**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Veronica Hernandez,<br><br>                              Plaintiff,<br><br>                    -v-<br><br>Anthony Hernandez, *et al*.,<br><br>                              Defendants. | 2:24-cv-8614<br>(NJC) (ST) |

## ORDER

NUSRAT J. CHOUDHURY, United States District Judge:

On December 17, 2024, Veronica Hernandez ("Plaintiff"), acting pro se, filed a

complaint in this Court, paid the filing fee, and a summons was issued. (Compl., ECF No. 1; Fee,

Receipt No. 200004593; Summons, ECF No. 2.) Rule 4(m) of the Federal Rules of Civil

Procedure ("Fed. R. Civ. P.") provides:

> If a defendant is not served within 90 days after the complaint is
> filed, the court—on motion or on its own after notice to the
> plaintiff—must dismiss the action without prejudice against that
> defendant or order that service be made within a specified time.
> But if the plaintiff shows good cause for the failure, the court must
> extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, if Plaintiff does not serve Defendants by **March 17, 2025**, or fails to show

good cause why Defendants have not been served, the Complaint will be dismissed without

prejudice. **Plaintiff is to provide a copy of this Order to Defendants along with copies of the**

**Summons and Complaint. Once Plaintiff has served Defendants, Plaintiff must file proof of**

**service with the Court within fourteen (14) days**.

Plaintiff must advise the Clerk of Court of any changes of her address. Plaintiff's failure to keep the Court informed of her current address may result in dismissal of the case.

The Court encourages Plaintiff to consult with the Hofstra Law Pro Se Clinic located in the Central Islip Courthouse, which can provide free information, advice, and limited scope legal assistance to non-incarcerated pro se litigants. The Court notes that the Pro Se Clinic is not part of, nor affiliated with, the United States District Court. Consultations with the Pro Se Clinic can be conducted remotely via telephone. If Plaintiff wishes to make an appointment, she should send an email to PSLAP@Hofstra.edu or leave a message at (631) 297-2575.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff at her address of record and to record such mailing on the docket.

Dated: Central Islip, New York
       January 9, 2025

                                        _/s/ Nusrat J. Choudhury_____
                                         NUSRAT J. CHOUDHURY
                                         United States District Judge

2